DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY L. REED,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-646

[June 1, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case Nos. 432017CF000353D and 432019CF000311A.

Gary L. Reed, Indiantown, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***